Case 4:18-cv-00185-RLY-DML    Document 1-1    Filed 10/02/18    Page 1 of 4 PageID #: 5

**36D01-1809-CT-000035**
Jackson Superior Court 1

Filed: 9/5/2018 3:50 PM
Clerk
Jackson County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JACKSON SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF JACKSON | ) | CAUSE NO._____ |

ANITA JACOBS,                                     )
                                                              )
      Plaintiff,                                  )
                                                              )
      v.                                              )
                                                              )
JACKSON COUNTY SHERIFF and       )
CITY OF SEYMOUR,                         )
                                                              )
      Defendants.                              )

## COMPLAINT

Plaintiff alleges against Defendant as follows:

1. The Plaintiff is Anita Jacobs, a former prisoner of the Jail in Fort Wayne Indiana.

2. The Defendant includes Jackson County Sheriff _____, who is named in his official capacity pursuant to 42 U.S.C. § 1983. At all material times to this Complaint, the Sheriff was responsible for the policies, practices, procedures, and customs in effect at the Jackson County Sheriff's Department and Jackson County Jail, and/or the Sheriff failed to adequately train his personnel, which caused:

    a. Jackson County Jail personnel subjected the Plaintiff to an unreasonable strip search in violation of her federally protected right to be free from unreasonable searches under the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983, and in violation of the Plaintiff's due process rights under the Fourteenth Amendment to the United States Constitution and § 1983;

    b. Jackson County Jail personnel over-detained the Plaintiff at the Jail, in violation

**Exhibit A**

      of her right to be free from unreasonable seizure under the Fourth and/or Fourteenths Amendments to the United States Constitution and 42 U.S.C. § 1983;

      c. Jackson County Sheriff's personnel unlawfully seized, retained then destroyed the Plaintiff's vehicle, in violation of her rights under Fourth and/or Fourteenths Amendments to the United States Constitution and 42 U.S.C. § 1983;

3. The Jackson County Sheriff, along with the City of Seymour Indiana, are named in their representative capacity for the state torts of false arrest/false imprisonment, and theft/conversion committed by their personnel against the Plaintiff.

4. On February 21, 2017, Plaintiff issued a Tort Claim Notice, a copy of which is attached hereto, made a part hereof and incorporated herein as Exhibit "A". All available administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

5. On September 7, 2016, Plaintiff and her boyfriend were seized, detained, arrested and taken to the Jackson County Jail. Plaintiff's car was also seized by Jackson County Sheriff's and/or City of Seymour officers.

6. At the time of the Plaintiff's arrest, as well as at the time of the Plaintiff's booking at the jail, there was no probable cause or reasonable suspicion to believe that she had hidden weapons or contraband on or in her body or in her clothes.

7. Nevertheless, Jackson County Jail personnel performed a complete strip search and cavity search of the Plaintiff. No strip search was performed upon the Plaintiff's boyfriend, even though police had detained both of them at the same time from her home. Adding to the Plaintiff's degradation, the strip search was performed by a male jail officer and without

female jail personnel present.

8. By information and belief, Plaintiff was then held at the jail more than 48 hours following her arrest, without having received a timely probable cause determination from a judge. No warrants were pending against her at the time of the detention and arrest.

9. Upon the Plaintiff's release from the Jackson County Jail, Plaintiff contacted the Sheriff's Department in an effort to regain possession of her car.  Initially she was told she would have to pay $400.00 to get the car back, and then later was told $1,200.00.  Then finally she was told that she could not have the car back at all, because it had been destroyed by the City of Seymour Police Department or Jackson County Sheriff's Department.

10. Plaintiff contends that she was a pretrial detainee at the time of her strip search, and that the strip search was unreasonable under the circumstances, subjecting her to an unreasonable search in violation of her federally protected rights under the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983.

11. Plaintiff also alleges that her strip search violated her right to equal protection under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983, in that she was a female subjected to the innately intrusive and humiliating strip search, while by information and belief similarly situated male prisoners at the Jackson County Jail were not routinely subjected to strip searched under the same or substantially the same circumstances as the Plaintiff.

12. Plaintiff contends that the Jackson County Sheriff's policies, practices, procedures, and/or customs pertaining to the search of prisoners, and/or his failure to adequately train his personnel resulted in :

  a. Plaintiff being subjected to an unreasonable search in violation of her rights under the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

  b. Plaintiff's over- detention at the Jackson County Jail;

  c. Plaintiff's vehicle being unlawfully seized, retained, then destroyed.

13. The wrongful actions and omissions of the Defendants, by and through their personnel/employees/officers, were the direct and proximate cause of the Plaintiff suffering embarrassment, humiliation, degradation, inconvenience, mental anguish, anxiety, emotional distress, and other damages and injuries.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendants, for compensatory damages, reasonable attorney fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:   cmyers@myers-law.com
Counsel for Plaintiff