UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANITA JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No: 4:18-cv-185 RLY-DML |
| ) | |
| JACKSON COUNTY SHERIFF and ) | |
| CITY OF SEYMOUR, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, jointly stipulate to DISMISSAL WITH PREJUDICE of the above-captioned matter, with each party to bear their own fees and costs.

Respectfully submitted,

CHRISTOPER C. MYERS & ASSOCIATES

 */s Ilene M. Smith* (with permission)
Ilene M. Smith
Attorney No. 22818-02
Attorney for Plaintiff, Anita Jacobs

And

KNIGHT, HOPPE KURNIK & KNIGHT, LTD.

 */s/ Lisa A. Baron* (with permission)
Lisa A. Baron
Attorney No. 30517-64
Attorney for Defendant, Jackson County Sheriff

And

STEHENSON MOROW & SEMLER

        /s/ *Brian L. Park*
        Brian L. Park, Attorney No. 31454-64
        Attorney for defendant, City of Seymour

## CERTIFICATION OF E-FILING AND SERVICE

I hereby certify that on October 25, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Christopher C. Myers
cmyers@myers-law.com
Ilene M. Smith
ismith@myers-law.com
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Rodney E. Farrow
farrow@farrowthompson.com
113 E. 2nd Street
P. O. Box 644
Seymour, IN 47274

Matthew Clark
Lisa A. Baron
mclark@khkklaw.com
lbaron@khkklaw.com
KNIGHT, HOPPE KURNIK & KNIGHT, Ltd.
833 West Lincoln Highway, Suite 340E
Schererville, IN 46375

        /s/ *Brian L. Park*

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone: (317) 844-3830
Fax: (317) 573-4194
bpark@stephlaw.com

18-7003/blp