UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANITA JACOBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No: 4:18-cv-185 RLY-DML |
| | ) |
| JACKSON COUNTY SHERIFF and | ) |
| CITY OF SEYMOUR, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This matter is before the Court on the parties' joint stipulation of dismissal. Having review the parties' filings, this matter is hereby DISMISS WITH PREJUDICE, with each party to bear its own fees and costs.

SO ORDERED.

Date: 11/05/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

All electronically registered counsel